IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEREAS CANNE CHABOT,<br><br>Defendant. | CR 22–18–M–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 24.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Chabot is charged with one count of unlicensed money transmitting businesses, in violation of 18 U.S.C. § 1960 (Count I), one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count II), seventeen counts of money laundering—promotion, in violation of 18 U.S.C. §

1

1956(a)(1)(A) (Counts III–XIX), and eleven counts of money laundering–spending, in violation of 18 U.S.C. § 1957 (Counts XX–XXX), as set forth in the Indictment.  (Doc. 1.)  Judge DeSoto recommends that this Court accept Chabot's guilty plea as to Count I after Chabot appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 24) is ADOPTED in full.

IT IS FURTHER ORDERED that Chabot's motion to change plea (Doc. 17) is GRANTED.

IT IS FURTHER ORDERED that Chabot is adjudged guilty as charged in Count I of the Indictment.

DATED this 26th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court