IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THERESA ANNE CHABOT,<br><br>Defendant. | CR 22–18–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 29.) Defendant Theresa Anne Chabot has been adjudged guilty of unlicensed money transmitting, in violation of 18 U.S.C. § 1960, as charged in Count I of the Indictment. (Doc. 26.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p).

Accordingly, IT IS ORDERED that the motion (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Chabot's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(p):

- 2021 Chevrolet Tahoe, VIN 1GNSKNKD7MR102193.

IT IS FURTHER ORDERED that the United States Marshals Service, the U.S. Department of Treasury, or a designated sub-custodian, is directed to seize the

property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 9th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court